IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | Cr. No. 8:04-839-HMH |
| | ) | |
| vs. | ) | **OPINION & ORDER** |
| | ) | |
| Nicholas Ramsey, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the Government's motion for reduction of sentence pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure. The one page motion is devoid of dates and sufficient information to allow the court to properly evaluate the circumstances of the relief requested. Based on the foregoing, the Government's motion is denied.

**IT IS SO ORDERED**.

s/Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
December 22, 2008